IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM JAMES STEELE,<br>　　Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION 16-00456-KD-M |
| MARY LONG GILMORE and<br>KENNETH ELLIS,<br>　　Defendants. | :<br>:<br>:<br>: |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 11, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendants Mary L. Gilmore and Kenneth W. Ellis' Motion for Summary Judgment is **GRANTED** and Plaintiff's claims against them are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **16th** day of **August 2017.**

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**